Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16–20685–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael A Siwczak | Debra Siwczak |
| 14 Shellflower Lane | 14 Shellflower Lane |
| Hamilton, NJ 08690 | Hamilton, NJ 08690 |

Social Security No.:
xxx–xx–5389                                   xxx–xx–5425

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 30, 2020</u>             <u>Christine M. Gravelle</u>
                                                       Judge, United States Bankruptcy Court